UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARY KNIGHT,

        Plaintiff,

vs.                                   CASE NO. 6:08-CV-703-ORL-19DAB

ALTA HEALTHCARE GROUP, INC.,

        Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 32, filed March 27, 2009). The parties have filed a notice that they have no objection to the Report and Recommendation of the United States Magistrate (Doc. No. 33, filed March 30, 2009). Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 32) is **ADOPTED and AFFIRMED.** The Joint Motion for Approval of Settlement Agreement (Doc. No. 29, filed March 10, 2009) is **GRANTED.** The settlement of $3,800. for wages and liquidated damages and $3,000. in attorney's fees and costs is accepted and approved as a "fair and reasonable resolution of a bona fide dispute" over FLSA issues.

**DONE AND ORDERED** at Orlando, Florida, this   31st   day of March, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record